# Exhibit One



**Derek S Scammon**

Considering that the Chief of Police routinely denies CCW permit applications, what is HPD's advice if I find myself on the receiving end of this kind of savagery?



**FULL VERSION Helpless CHINESE Man Attacked and Jumped by 7 Others**
www.youtube.com

tweet this video to @foxchicago and @Chicago_Police names of the 7 posted below: WESLEY WU - grey hoodie, main kid attacking the man, deleted facebook. EASL...

Unlike · Comment · Share · 2 hours ago

 You like this.



**Christopher Baker** Clearly you need to grab your cell phone! I'm sure it would help you. Luckily for that kid many of those other 'kids' are not 200+ lb men who would do a significant amount more damage per blow.

about an hour ago · Unlike · 1



**Ross Mukai** Where are the street signs? How would you even begin to describe your location to emergency services, IF you were able to call?

30 minutes ago · Unlike · 1

# Exhibit One



**Ryan Barbour**

I heard something about there only being one approved tailor shop where officers must both purchase and tailor their uniforms. Supposedly it is not only extremely expensive but it takes many months to get a uniform. It seems ridiculous that it costs the officer so much in time and cost. Could someone shed light on that?

Like · Comment · 2 hours ago



**Christopher Baker** Sounds like a bunch of corruption to me! Which I wouldn't past the leaders in the police department or the state. Department leaders have have demonstrated many times how far they go to violate things like the constitution or due process. I bet it some jack booted ex chiefs family member is making a killing off of the deal.

2 seconds ago · Like

Write a comment...



**Conney Hanchett**

Who do I need to talk to if I believe my elderly parents may have been a victim of identity theft?

Like · Comment · Yesterday at 8:13am



**Honolulu Police Department (Official Site)** @Conney, please call 911 and request for an officer immediately to discuss this. Mahalo.

3 hours ago · Like



**Conney Hanchett** Mahalo for your assistance.

3 hours ago · Like



**Honolulu Police Department (Official Site)** @Conney, you're welcome.

2 hours ago · Like

# Exhibit One



Wall  Honolulu Police Departmen... · **Everyone (Most Recent)**

Share: Post Link

Write something...

ctivity (1+)



**Christopher Baker**

For some people who say they respect the constitution, what part of the Fourth Amendment doesn't the leadership of Honolulu Police Department not understand? Do they not possess the ability to read coherently?

s

Please forward the message to the internet nazi's:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

ical Facebook page of
Police Department

This means you shouldn't support crap like *searching* and *storing* people's internet history, without a warrant or probable cause. If the leaders want to lie, when they stand and take the oath "to support and defend the constitution" why don't they just go buddy up with our friends in North Korea already. Get this Facist crap out of here.

this



Hawaii tables sweeping Internet tracking bill
www.hawaiinewsnow.com

See All

State lawmakers have tabled a proposal that would have required Internet service providers to retain all Hawaii consumers' subscriber data and browsing histories...

he Miami-Dade
Police Department

Like · Comment · Share ·

ian Francisco

# Exhibit One

About

This is the offical Facebook page of the Honolulu Police Department

**3,210**
like this

**576**
talking about this

Likes                See All


City and County of Honolulu


Honolulu Department of Information


Boston Police Department (Official)


Law Enforcement Today


Los Angeles County Sheriff's Department

Create a Page

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

This means you shouldn't support crap like *searching* and *storing* people's internet history, without a warrant or probable cause. If the leaders want to lie, when they stand and take the oath "to support and defend the constitution" why don't they just go buddy up with our friends in North Korea already. Get this Facist crap out of here.


Hawaii tables sweeping Internet tracking bill
www.hawaiinewsnow.com
State lawmakers have tabled a proposal that would have required Internet service providers to retain all Hawaii consumers' subscriber data and browsing histories...

Unlike · Comment · Share

You, Todd Atkins, John Tchoe and Sharon Williams like this.

1 share


Gregory Yukumoto State of Oahu micromanagement of the people of Hawaii
49 minutes ago · Like


Christopher Baker The islands executive department, especially HPD, is a total bag job when it comes to structure. They cry if another department might get something that benefits or protects them; hell - the HPD leadership terrorists even testified against other state departments from getting Tasers to protect themselves.
2 seconds ago · Like

Write a comment...

# Exhibit One



**Hawaii tables sweeping Internet tracking bill**
www.hawaiinewsnow.com
State lawmakers have tabled a proposal that would have required Internet service providers to retain all Hawaii consumers' subscriber data and browsing histories...

Unlike · Comment · Share · about an hour ago

**You**, Todd Atkins, John Tchoe and Sharon Williams like this.

1 share


**Gregory Yukumoto** State of Oahu micromanagement of the people of Hawaii
53 minutes ago · Like


**Christopher Baker** The islands executive department, especially HPD, is a total bag job when it comes to structure. They cry if another department might get something that benefits or protects them; hell - the HPD leadership terrorists even testified against other state departments from getting Tasers to protect themselves.
3 minutes ago · Like


**Christopher Baker** http://www.hawaiidefensefoundation.org/wp-content/uploads/2012/01/Protest-Photo.jpg


**http://www.hawaiidefensefoundation.org/wp-content/uploads/2012/01/Protest-Photo.jpg**
www.hawaiidefensefoundation.org

2 seconds ago · Like · Remove Preview


**Christopher Baker** This is where we are headed!
2 seconds ago · Like

Write a comment...

## Exhibit One



# Exhibit One



## Honolulu Police Department (Official Site)
Government Organization · Honolulu, Hawaii

**Wall**  Honolulu Police Departmen... · **Everyone (Most Recent)**

Share:  Post  Link

Write something...

 Christopher Baker



**Untitled Album**
We don't need no privacy!
By: Hawaii Defense Foundation

# Exhibit One

13 hours ago · Like


Jesse S Halsey love HPD........job well done
13 hours ago · Like


Christopher Baker Lots of crying about cell phones, but no study thus far has shown a reduction in accidents post cell-phone ban. Something to consider. People eat food, shave, talk to each other, have kids (which is probably more of a distraction than a phone, why don't we ban them?!), apply makeup, brush their hair, shave etc.

If there is no statistical effect, does it really help society? Or is just a burden and pathway to generate revenue?
12 hours ago · Like


Christopher Baker No reliable and credible study*
12 hours ago · Like


Christopher Baker http://www.iihs.org/research/topics/pdf/HLDI_Cellphone_Bulletin_Dec09.pdf

One of the fairly credible and unbiased looking studies I found - which shows similar rates of MVC between cell phone ban states and non-cell ban states.

http://articles.cnn.com/2010-01-29/us/cellphone.study_1_cell-phone-bans-hands-free-devices-texting?_s=PM%3AUS
http://www.rgj.com/article/20110927/NEWS20/109250363/Fact-Checker-Do-cellphone-texting-bans-decrease-car-crashes-
12 hours ago · Like


Honolulu Police Department (Official Site) @Joey, comments depciting unlawful activity is a violation of the posting guidelines. Your comment has been deleted.
2 minutes ago · Like


Christopher Baker Look at the internet censorship.
2 minutes ago · Like


Christopher Baker Furthermore, if he was on private property, its not illegal.
2 minutes ago · Like


Christopher Baker Your posting guidelines state that "suggesting" or "encouraging" illegal activity is counter to the rules. His post was neither suggesting nor encouraging the use of cellular devices while driving. So where do you really get off removing his comments?
2 seconds ago · Like

Write a comment...

# Exhibit One

facebook  Search

Your comment has been deleted.
14 minutes ago · Like


**Christopher Baker** Look at the internet censorship.
14 minutes ago · Like


**Christopher Baker** Furthermore, if he was on private property, its not illegal.
14 minutes ago · Like


**Honolulu Police Department (Official Site)** @Christopher, the law is specific in regards to this section. Your argument should be brought up in the legislature or Honolulu City Council. The HPD takes enforcement action based on laws passed by the entities mentioned.
9 minutes ago · Like


**Christopher Baker** Your posting guidelines state that "suggesting" or "encouraging" illegal activity is counter to the rules. His post was neither suggesting nor encouraging the use of cellular devices while driving. So where do you really get off removing his comments?
9 minutes ago · Like


**Honolulu Police Department (Official Site)** @Andrew, the fine is $147.
8 minutes ago · Like


**Christopher Baker** You don't even know if the activity was illegal. He could clearly be exempted by the law, but you are getting your internet nazi powers rolling early in the morning.

You don't know if he was actually engaged in the "use" of the device. Heard of Siri? He can post to facebook hands free.

The device could have been "installed in the vehicle" and hooked up to his in dash system. Because, guess what, some new cars are hooked up to social media.

You also don't know if he qualifies as an "Emergency Responder."

Also, Legislative intent goes a far way, as I stated earlier the rule would apply to roads where HPD has jurisdiction, which of course, is not on a private road on private property.

So again, why are you deleting citizens comments? We would like to know what officer, agent, or other such employee of the department is sitting there doing this.
2 seconds ago · Like


Write a comment...

# Exhibit One


17 hours ago


Carlene Hart Way to go D4.
16 hours ago · 👍 1


Ferdie Jose Meheula Parkway next please! Between the freeway and Mililani Library! Do it between 1500 hrs and 1800 hrs! Thanks!!!
16 hours ago


Ed Oshiro Go get'um!
16 hours ago


Cristina Fonoimoana Solo Bikes were rippen' em in Kapolei today! ;)
14 hours ago


Jesse S Halsey love HPD........job well done
13 hours ago


Honolulu Police Department (Official Site) @Joey, comments depciting unlawful activity is a violation of the posting guidelines. Your comment has been deleted.
30 minutes ago · 👍 1


Honolulu Police Department (Official Site) @Christopher, the law is specific in regards to this section. Your argument should be brought up in the legislature or Honolulu City Council. The HPD takes enforcement action based on laws passed by the entities mentioned.
25 minutes ago


Honolulu Police Department (Official Site) @Andrew, the fine is $147.
24 minutes ago


Honolulu Police Department (Official Site) @Christopher, you've had a history of using defamatory terms in your comments. The posting guidelines are clear. Dissenting opinions are appropriate but the use of defamatory comments such as "internet nazi powers" are not. Your comments have been deleted.
4 minutes ago

# Exhibit One





**Honolulu Police Department (Official Site)**
Government Organization · Honolulu, Hawaii

Wall — Honolulu Police Departmen... · **Everyone (Most Recent)**

Share: Post  Link

Write something...

ty (1+)



**Christopher Baker**
As good as our officers are, the reality is that they are not magical creatures who can teleport around. Your protection is your responsibility. Rely on yourself.



Facebook page of
ce Department

See All

a Police
artment

ton Police
artment
icial)

**Wall Photos**
By: Hawaii Defense Foundation
Like · Comment · Share

**Honolulu Police Department (Official Site)**
Chief Kealoha and the executive command staff met with the Communications Division for their annual Chief's Review. Chief Kealoha extended his thanks for all

# Exhibit One



# Exhibit One

**How effective is HPD's use of Facebook to inform and connect with the public?**

- [ ] Very good
- [ ] Somewhat good
- [ ] Neutral
- [x] HPD are acting like censorship bafoons on protected speech.

Add an answer... [Add]

2 More

**Asked By**



Honolulu Police Department (Official Site)
12 seconds ago · Share · Report

[Ask Friends]  [+1 Follow]

**Posts**                                    Friends · Others