# Exhibit Two



## Honolulu Police Department (Official Site)
Government Organization · Honolulu, Hawaii





Wall      Honolulu Police Departmen... · **Everyone (Most Recent**

Share: Post  Link

Write something...

:tivity (1+)

**Derek S Scammon**
Considering that the Chief of Police routinely denies CCW permit applications, what is HPD's advice if I find myself on the receiving end of this kind of savagery?



FULL VERSION Helpless CHINESE Man Attacked and Jumped by 7 Others
www.youtube.com

tweet this video to @foxchicago and @Chicago_Police names of the 7 posted below: WESLEY WU - grey hoodie, main kid attacking the man, deleted facebook. EASL...

cal Facebook page of
'olice Department

Like  Comment  Share · about an hour ago

**Chris Duque**

:his

Top Ten Facebook Scams to Avoid
facecrooks.com

See All

If you have been on Facebook for any length of time, then you know full well how scam and spam laden the site can be. Scammers love crowds, and there isn't one bigger than Facebook. Some of these scams are phishing schemes trying to obtain your username and password, while others end in surveys

ulsa Police
epartment

Like  Comment  Share · about an hour ago

onolulu

# Exhibit Two

Search



## Honolulu Police Department (Official Site)
Government Organization · Honolulu, Hawaii



**Wall**     Honolulu Police Departmen... · **Everyone (Most Recent**



**Derek S Scammon**
Yet because Chief Kealoha refuses to issue Licenses to Carry, as provided for by state law, the citizens of Hawaii are disarmed any time they cross the threshold of their front door.



http://www.olegvolk.net/gallery/d/28152-4/civilian.jpg
www.olegvolk.net

 Share · 2 hours ago



**Caitlin Doofenshmirtz Homes**
Has their been a report about a woman found dead on North Shore? My husband was a part of a convey heading that way with the Army and he said a few people noticed a lady laying on the side of the road, she had shopping bags and looked dead. The command would not pull the convey over and they did not have a cell phone to report the incident, he said later on they saw an ambulance rushing down that road. I have searched it and found nothing..just wondering if it was a bogus story or if someone was really found.

11 hours ago

   **Caitlin Doofenshmirtz Homes** there*
11 hours ago

  See All



**Wouldntyou Liketoknow**
In my personal opinion, everyone who is caught talking on their cell phone while they are driving should be made to demonstrate the importance of being safe on the road. If I had my way, I'd have every officer confiscate the cell phone, put it under the driver's tire, and have them run it over. Would save so many lives and would teach people that a phone call is not worth their life or someone else's!

11 hours ago

# Exhibit Two




Chris Duque

VIDEO: Kids and cyber bullying - Local News - News - General - Bendigo Advertiser
www.bendigoadvertiser.com.au

LEADING Senior Constable Janita Docherty talks about what kids, parents and Victoria Police can do in the fight against cyber bullying.


Share · 22 hours ago



**Honolulu Police Department (Official Site)**
Yesterday, the HPD Traffic Division conducted a Distracted Driving Enforcement operation on Kailua Rd. between Hamakua Drive and Uluoa St. between 4:00 pm and 6:00 pm. a total of 64 citations were issued of which 41 were for cell phone use, 14 for seatbelt violations, and the remainder for miscellaneous violations.

Share · 22 hours ago

👍 Leonard Letoto and 32 others like this.

 View all 16 comments          1 share



**Honolulu Police Department (Official Site)** @Christopher, you've had a history of using defamatory terms in your comments. The posting guidelines are clear. Dissenting opinions are appropriate but the use of defamatory comments such as "internet nazi powers" are not. Your comments have been deleted.
4 hours ago



**Derek S Scammon** So I take it that HPD doesn't much care about allowing freedom of speech? All the one-sided comments referring to posters who have been deleted seem a little forboding. Does asking about deleted posts violate the posting guidelines? I'd hate to get my post deleted for talking about posts that got deleted.
15 minutes ago

# Exhibit Two



**facebook**  Search

Derek's Profile · Honolulu Police Department (Official Site)'s Profile · Derek's Wall

 **Derek S Scammon** ▸ **Honolulu Police Department (Official Site)**
Considering that the Chief of Police routinely denies CCW permit applications, what is HPD's advice if I find myself on the receiving end of this kind of savagery?


**FULL VERSION Helpless CHINESE Man Attacked and Jumped by 7 Others**
www.youtube.com
tweet the video to @foxchicago and @Chicago_Police names of the 7 posted below: WESLEY WU grey hoodie, man kid attacking the man, deleted facebook. BAXL...

Like · Comment · Share · 13 hours ago

👍 Christopher Baker and Ross Mukai like this.

 **Christopher Baker** Clearly you need to grab your cell phone! I'm sure it would help you. Luckily for that kid many of those other 'kids' are not 200+ lb men who would do a significant amount more damage per blow.
12 hours ago · Like · 👍 2

 **Ross Mukai** Where are the street signs? How would you even begin to describe your location to emergency services, IF you were able to call?
11 hours ago · Unlike · 👍 2

 **Derek S Scammon** I've never even thought about that, Ross, but you're right; other than at home or at my office, I have very little idea what my address is at any given time as I'm walking and driving around.
6 hours ago · Like

 **Honolulu Police Department (Official Site)** @Derek, We've already had this discussion. It appears this happened in Chicago, perhaps you can direct your question to the Chicago Police Department regarding this incident. Mahalo.
about an hour ago · Like

 **Derek S Scammon** So your position is that this sort of thing doesn't happen here? I'm not referring to this specific incident, I'm asking how the Honolulu Police Department will keep this from happening to me or others. Or, if it can't be prevented, what should I do?
about an hour ago · Like

 **Honolulu Police Department (Official Site)** @Derek, as mentioned earlier this issue has been discussed in previous posts. I've attached the Hawaii Revised Statutes to help you determine the use force for self-protection. Please click on http://www.capitol.hawaii.gov/hrscurrent/Vol14_Ch0701-0353/HRS0703/HRS_0703-0304.htm for more information. Mahalo.

**House Bill**
www.capitol.hawaii.gov
§703-304 Use of force in self-protection. (1) Subject to the provisions...
See More

about an hour ago · Like

 **Derek S Scammon** I'm quite familiar with the lawful use of force in self defense. What I mean is that there is nothing I can do within the bounds of the law to get myself out of a situation like the one in the

# Exhibit Two

**facebook**

 **Derek S Scammon** I've never even thought about that, Ross, but you're right; other than at home or at my office, I have very little idea what my address is at any given time as I'm walking and driving around.
6 hours ago · Like

 **Honolulu Police Department (Official Site)** @Derek, We've already had this discussion. It appears this happened in Chicago, perhaps you can direct your question to the Chicago Police Department regarding this incident. Mahalo.
about an hour ago · Like

 **Derek S Scammon** So your position is that this sort of thing doesn't happen here? I'm not referring to this specific incident, I'm asking how the Honolulu Police Department will keep this from happening to me or others. Or, if it can't be prevented, what should I do?
about an hour ago · Like

 **Honolulu Police Department (Official Site)** @Derek, as mentioned earlier this issue has been discussed in previous posts. I've attached the Hawaii Revised Statutes to help you determine the use force for self-protection. Please click on http://www.capitol.hawaii.gov/hrscurrent/Vol14_Ch0701-0853/HRS0703/HRS_0703-0304.htm for more information. Mahalo.

> **House Bill**
> www.capitol.hawaii.gov
> §703-304 Use of force in self-protection. (1) Subject to the provisions...
> See More

about an hour ago · Like

 **Derek S Scammon** I'm quite familiar with the lawful use of force in self defense. What I mean is that there is nothing I can do within the bounds of the law to get myself out of a situation like the one in the video. Pepper spray is pretty ineffective, and my bare knuckles would be even less effective, yet those are my only two options if I'm confronted by an angry mob. Chief Kealoha could single-handedly rectify the situation by issuing CCW permits to those who would like to exercise their right to bear arms, but he does not. Since he denies citizens the right to carry effective defensive tools, it seems reasonable to expect that he (and the department, by extension) have an alternative. Will the police arrive in time to prevent injury in a situation like this? Should I run? What if I'm not fast enough? What if they won't let me take a timeout to call 911?
13 minutes ago · Like

 **Honolulu Police Department (Official Site)** @Derek, again your statement is rhetorical. This issue has been addressed in previous comments. Mahalo.
9 minutes ago · Like

 **Derek S Scammon** It's not a rhetorical question. I'll restate it: What alternate means of protecion/defense has HPD and the Chief of Police set in place to offset the denial of concealed carry permits?
2 seconds ago · Like



Facebook © 2012 · English (US)

# Exhibit Two

**facebook**  Search

...provisions?...
See More
2 hours ago · Like


**Derek S Scammon** I'm quite familiar with the lawful use of force in self defense. What I mean is that there is nothing I can do within the bounds of the law to get myself out of a situation like the one in the video. Pepper spray is pretty ineffective, an...
See More
about an hour ago · Like


**Honolulu Police Department (Official Site)** @Derek, again your statement is rhetorical. This issue has been addressed in previous comments. Mahalo.
about an hour ago · Like


**Derek S Scammon** It's not a rhetorical question. I'll restate it: What alternate means of protection/defense has HPD and the Chief of Police set in place to offset the denial of concealed carry permits?
about an hour ago · Like


**Honolulu Police Department (Official Site)** @Derek, asked and answered. The term concealed carry permits is incorrect. Here in Hawaii the legal term is License to Carry. Mahalo.
50 minutes ago · Like


**Derek S Scammon** Well, that's a fine splitting of hairs, but thanks for correcting me.

What alternate means of protection/defense has HPD and the Chief of Police set in place to offset the denial of Licenses to Carry?
39 minutes ago · Like


**Honolulu Police Department (Official Site)** @Derek, asked and answered. Hawaii legislation has authorized this statute to address your question www.capitol.hawaii.gov/hrscurrent/Vol14_Ch0701-0853/HRS0703/HRS_0703-0304.htm . This will be the last correspondance if you continue to ask the same or similar question in regards to this subject. Mahalo.

**House Bill**
www.capitol.hawaii.gov

§703-304 Use of force in self-protection. (1) Subject to the provisions of this section and of section 703-308, the use of force upon or toward another person is justifiable when the actor believes that such force is immediately necessary for the purpose of protecting himself against the...

33 minutes ago · Like


**Derek S Scammon** Quoting the statutes on the use of force is not an answer to the question. I fully understand that I may legally use force, including deadly force, to defend myself against the threat of death or serious injury. I also get it that sometimes it may be necessary for a person to take responsibility for their own safety. I'm an advocate of that position, actually. The problem is that residents of the city and county of Honolulu are prohibited by law from carrying deadly weapons without a License to Carry issued on the authority of the Chief of Police. Since he categorically denies all requests for that license, he has stripped half of the referenced statute's effectiveness and removed deadly force as an option for self defense outside the home. Has he done anything to mitigate the risks associated with removing some defensive options from the equation?
2 seconds ago


|

# Exhibit Two





**Derek S Scammon**
Yet because Chief Kealoha refuses to issue Licenses to Carry, as provided for by state law, the citizens of Hawaii are disarmed any time they cross the threshold of their front door.



http://www.olegvolk.net/gallery/d/28152-4/civilian.jpg
www.olegvolk.net

 Like · Comment · Share · 12 hours ago

 **Derek S Scammon** This sums up the situation in Hawaii rather succinctly:

http://www.a-human-right.com/s_support.jpg



http://www.a-human-right.com/s_support.jpg
www.a-human-right.com

11 hours ago · Like · Remove Preview

 **MaryAnn Omerod** I'm not sure I understand your reason for wanting to carry a gun in the state of Hawaii, when we are one of the safest States in the U.S.?
about an hour ago · Like

 **Derek S Scammon** Good point, MaryAnn. I'm not sure I understand the reason for wanting to have armed police in the state of Hawaii, when we are one of the safest states in the U.S.?

The reason is that although Hawaii's crime rate is low relative to the rest of the United States, it still has a crime rate. But I'll be perfectly happy to give up advocating for concealed carry reform in this state if we can go one year without a single violent crime. Think we'll ever get there?
20 minutes ago · Like

 **MaryAnn Omerod** So we'll have crime, coupled with accidental shootings, ever thought about that?
16 minutes ago · Like

 **Derek S Scammon** Of course I have, but concealed carry has little to do with accidental shootings in public, which are exceedingly rare. The vast majority of accidental shootings take place while hunting, and most of the rest happen in the home. Those risks are not mitigated by the Chief of Police's ban on concealed carry, as those of us who would like to carry defensive firearms already have them in our homes.

Aside from that, I'd like you to point me in the direction of the last police officer who accidentally shot someone. These guys carry guns every single day, yet you don't worry about it. The reason for that is because you subconsciously know that an accidental discharge with a holstered, modern firearm is all but impossible.
5 minutes ago · Like

# Exhibit Two

police officer who accidentally shot someone. These guys carry guns every single day, yet you don't worry about it. The reason for that is because you subconsciously know that an accidental discharge with a holstered, modern firearm is all but impossible.
Yesterday at 8:19am · Like

 **Derek S Scammon** MaryAnn, every state in the Union, save Illinois, has laws on the books which provide a means for private citizens to carry firearms. Most of them (39) don't make that contingent on the good graces of a bureaucrat, but Hawaii is one of the few who do. Would you be supportive of a law that required betrothed couples to demonstrate "exceptional circumstances" and "good moral character" in order to get a marriage license? What if you had to demonstrate those intangibles for a driver's license? What if the issuing authority didn't think *anyone* had sufficiently exceptional circumstances or good moral character, and refused to issue licenses for driving or marriage to anyone who was not a member of his organization?
Yesterday at 8:31am · Like · 1

 **PoPs Millies** I'm 69 and by god if this state would pass the law I dam sure would carry a weapon and you people that are against it I believe you would change your mind if something happened to one of you family members by carrying a gun could have prevented it.. My thoughts.
18 hours ago · Unlike · 2

 **MaryAnn Omerod** Responsible? and @ 69 your encouraging that type of behavior?? I don't think so!
2 hours ago · Like

 **MaryAnn Omerod** Millies, You should be ashamed of yourself!! The example you want to set for our children and future generation concerns me!
about an hour ago · Like

 **Derek S Scammon** Why is carrying a firearm for self-defense irresponsible, MaryAnn? Are police officers irresponsible for carrying guns? Pops wants to take responsibility for his own safety, yet you say he's irresponsible and setting a bad example. What alternative do you think Pops has? Do you think a 69 year old man will be successful at running away from a 19 year old attacker? How do you propose he defend himself if he's attacked by two or three punks a third his age?

If you really care about preventing violent crime, look up Gonzales v. Castle Rock and Warren v. District of Columbia. Both those cases confirm that the police cannot be held accountable for failing to protect the citizens of their jurisdiction, even in cases of gross incompetence.
about an hour ago · Like

 **Unko Steve** He didn't pass the mental fitness portion of the application that's why. U wanna carry firearms move to Illinois....
16 minutes ago · Like

 **Derek S Scammon** Who didn't pass the mental fitness portion of the application, Steve? Illinois is the only state in the Union which makes no provision for private citizens to carry defensive arms, not sure what you meant by that.
13 minutes ago · Like