# Exhibit Three

Department (HPD) please visit our website at www.honolulupd.org.

While this is a forum open to the public, be mindful that access is available for those 13+. We ask that you follow our posting guidelines below; non-compliance will result in your message being removed.

- No obscenities, sexually explicit or racially derogatory language, nor defamatory comments toward anyone or organization are allowed.

- No unauthorized solicitations or advertisements are allowed.

- No comments suggesting or encouraging illegal activities are allowed.

- Personal responsibility is assumed by the user for comments, username, and any information placed on this page by the user.

The HPD monitors this Facebook site actively during normal business hours from 0745-1630 hrs. Monday-Friday, Hawaii Standard Time (Hawaii State and Federal Holidays are observed). The HPD reserves the right to remove any post or comment on this site.

We, the men and women of the Honolulu Police Department, are dedicated to providing excellent service through partnerships that build trust, reduce crime, create a safe environment, and enhance the quality of life in our community.

hpd@honolulupd.org
(808) 529-3111
http://www.honolulupd.org