# Exhibit Four

## NOTICE TO REQUESTER
(Use multiple forms if necessary)

TO: Daniel M. Gluck
ACLU of Hawaii, P.O. Box 3410
Honolulu, Hawaii 96801

FROM: Lynne Uyema on behalf of Louis M. Kealoha, Chief of Police
Honolulu Police Department, 801 S. Beretania Street
Honolulu, Hawaii 96813
Ph: 723-3848
(Agency/name & telephone number of contact person at agency)

DATE REQUEST RECEIVED:  January 11, 2012 (modified by requester to January 18, 2012)
DATE OF THIS NOTICE: January 25, 2012

**GOVERNMENT RECORDS YOU REQUESTED** (attach copy of request or provide brief description below):
1. Please refer to attached copy of request

**NOTICE IS PROVIDED TO YOU THAT YOUR REQUEST:**

☐ Will be granted in its entirety.
☐ Cannot be granted because
    ☐ Agency does not maintain the records. Agency believed to maintain records: ____
    ☐ Agency needs a further description or clarification of the records requested. Please contact the agency and provide the following information: ____
    ☐ Request requires agency to create a summary or compilation from records not readily retrievable.

☒ Is denied in its entirety   ☐ Will be granted only as to certain parts
based upon the following exemption provided in HRS § 92F-13 and/or § 92F-22 and other laws cited below (portions of records that agency will not disclose should be described in general terms).

| RECORDS OR INFORMATION WITHHELD | APPLICABLE STATUTES | AGENCY JUSTIFICATION |
|---|---|---|
| Proposed policies regarding HPD's Facebook page | 92F-13(3) | As of the date of this response, HPD does not have a policy regarding Facebook. Any and all proposed policies are in draft form and have not been formally adopted. |
| Records relating to any internal correspondence regarding the Removal of comments from HPD's Facebook page | N/A | No records exist. |

**REQUESTER'S RESPONSIBILITIES:**

You are required to (1) pay any lawful fees assessed; (2) make any necessary arrangements with the agency to inspect, copy or receive copies as instructed below; and (3) provide the agency any additional information requested. If you do not comply with the requirements set forth in this notice within 20 business days after the postmark date of this notice or the date the agency makes the records available, you will be presumed to have abandoned your request and the agency shall have no further duty to process your request. Once the agency begins to process your request, you may be liable for any fees incurred. If you wish to cancel or modify your request, you must advise the agency upon receipt of this notice.

OIP 4 (rev. 7/2/10)