**ORIGINAL**

RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email: brianbrazier@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email: ngord2000@yahoo.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2012

at 10 o'clock and 40 min. ___ M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Defense Foundation,<br>Christopher Baker,<br>and Derek Scammon<br><br>                    Plaintiffs,<br>vs.<br><br>City and County of Honolulu;<br>Andrew Lum, in his personal and<br>official capacity;<br>John Does 1-10 in their personal and<br>official capacities.<br><br>                    Defendants. | CASE NO. CV 12 00469 JMS<br><br>PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND INCORPORATED MEMORANDUM OF LAW; DECLARATION; NOTICE OF HEARING; CERTIFICATE OF SERVICE<br><br>Hearing:<br><br>Date: _____<br><br>Time: _____<br><br>Judge: _____ |

## **Plaintiffs' Motion For Preliminary Injunction**

COME NOW the Plaintiffs, Hawaii Defense Foundation, Christopher Baker and Derek Scammon, by and through undersigned counsel and pursuant to the First and Fourteenth Amendments to the United States Constitution, Title 42 U.S.C. § 1983, and Rule 65(b) of the Federal Rules of Civil Procedure, and request that this Court issue an Order:

- compelling Defendants and/or their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this injunction to restore Plaintiffs' deleted posts;
- permitting Plaintiffs to participate in the forum;
- prohibiting Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of the injunction from banning persons for political speech those persons have caused to appear on the Honolulu Police Department's Facebook page and/or removing posts based on their political content.

In support of this Motion, Plaintiffs rely on the incorporated Memorandum of Law and Declaration. Plaintiffs also rely on the Memorandum in Support of their

Motion for Preliminary Injunction, filed contemporaneously herewith and incorporated as if restated verbatim herein.

### Standard For Relief

In order to obtain a temporary restraining order a party must show:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

See Federal Rules of Civil Procedure Rule 65 (b).

Plaintiffs have submitted alongside this motion a verified complaint and a declaration from Plaintiff's counsel. *See* Complaint and Declaration of Counsel.

For the reasons stated in the Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs believe that they are entitled to injunctive relief and that a Temporary Restraining Order should issue until such time as Plaintiffs' Motion for Preliminary Injunction is heard.

### III. CONCLUSION

For any and all of the reasons stated above or in the referenced Memorandum, Plaintiffs requests this Court issue a Temporary Restraining Order:

- compelling Defendants to restore Plaintiffs' deleted posts;
- permitting Plaintiffs to participate in the forum;

- prohibiting Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of the injunction from banning persons for political speech those persons have caused to appear on the Honolulu Police Department's Facebook page and/or removing posts based on their political content.

DATED: Honolulu, Hawai'i; August 20, 2012.

<u>s/ Richard L. Holcomb</u>
Richard L. Holcomb
Brian Brazier of Counsel
Attorney for Plaintiffs

<u>s/Alan Beck</u>
Alan Beck
Attorney for Plaintiffs