# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Defense Foundation, Christopher Baker, and Derek Scammon<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>City and County of Honolulu; Andrew Lum, in his personal and official capacity; John Does 1-10 in their personal and official capacities.<br><br>　　　　　　　Defendants. | CASE NO.<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

1.　My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in the State of Hawaii and am admitted to practice in this Court. I represent the Plaintiffs in the above-styled case.

2.　I believe the allegations in the Complaint and in this Motion and the Memorandum in Support (including the incorporated Memorandum) to be true.

3.　Counsel has not contacted Defendants. However, counsel has arranged to serve the complaint along with full and exact copies of the Motions for Temporary Restraining Order, Preliminary Injunction, and all supporting documents. Should

Defendants agree to the injunctive relief requested therein, Plaintiffs will withdraw this Motion.

4. I am unaware of any reason why this TRO should not issue against Defendants.

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct.

DATED: Honolulu, Hawaii, August 20, 2012.

<u>s/Richard L. Holcomb</u>
Richard L. Holcomb
Attorney for Plaintiffs