RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email: brianbrazier@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email: ngord2000@yahoo.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 21 2012
at 10 o'clock and 40 min. A.M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Defense Foundation, Christopher Baker, and Derek Scammon<br><br>                     Plaintiffs,<br>vs.<br><br>City and County of Honolulu;<br>Andrew Lum, in his personal and official capacity;<br>John Does 1-10 in their personal and official capacities.<br><br>                     Defendants. | CASE NO. CV12 00469 JMS RLP<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing:<br><br>Date: _____<br><br>Time: _____<br><br>Judge: _____ |

## Plaintiffs' Motion For Preliminary Injunction

COMES NOW THE PLAINTIFFS, Hawaii Defense Foundation, Derek Scammon, and Christopher Baker, by and through their undersigned counsel and pursuant to the First and Fourteenth Amendments of the United States Constitution, as well as Rule 7(b) and 65 of the Federal Rules of Civil Procedure, and requests that this Court issue an Order:

- compelling Defendants and/or their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this injunction to restore Plaintiffs' deleted posts;

- permitting Plaintiffs to participate in the forum;

- prohibiting Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of the injunction from banning persons for political speech those persons have caused to appear on the Honolulu Police Department's Facebook page and/or removing posts based on their political content.

In support of this Motion, Plaintiffs rely on the attached Memorandum of Law and Exhibits.

DATED: Honolulu, Hawai'i; August 20, 2012.

s/ Richard L. Holcomb
Richard L. Holcomb
Brian Brazier
Attorney for Plaintiffs

s/Alan Beck
Alan Beck
Attorney for Plaintiffs
