# Exhibit One

