# Exhibit Two

## General Information

Welcome to the Honolulu Police Department's Official page on Facebook! Here you will find the most recent departmental activities, news stories, videos, photos, and links distributed by the Honolulu Police Department's Public Information Office.

If you need an official source for information about the Honolulu Police Department (HPD) please visit our website at www.honolulupd.org.

While this is a forum open to the public, be mindful that access is available for those 13+. We ask that you follow our posting guidelines below; non-compliance will result in your message being removed.

- No obscenities, sexually explicit or racially derogatory language, nor defamatory comments or labels toward anyone or organization are allowed.

- No unauthorized solicitations or advertisements are allowed.

- No comments suggesting or encouraging illegal activities are allowed.

- Personal responsibility is assumed by the user for comments, username, and any information placed on this page by the user.

The HPD monitors this Facebook site actively during normal business hours from 0745-1630 hrs. Monday-Friday, Hawaii Standard Time (Hawaii State and Federal Holidays are observed). The HPD reserves the right to remove any post or comment on this site.