# Exhibit Three

## SUPPORTING DECLARATION OF CHRISTOPHER BAKER

1. My name is Christopher Baker. I am a Plaintiff in the above-styled case.

2. I reside in the State of Hawaiʻi.

3. I twenty-seven years old and I am a citizen of the United States.

4. I am the acting President and co-founder of the Director of the Hawaii Defense Foundation.

5. I am an arms owner.

6. During the period of January 17th to the 28th, I made a variety of "wall" posts on the Official Facebook Fan page of the Honolulu Police Department (http://www.fb.com/honolulu.police) for the purpose of political speech and to educate others on the topics of self-defense and personal safety; shortly after posting, my posts were removed from the "wall" of the Honolulu Police Page.

7. After the initial posts were removed, I made additional comments and posts in protest of the Police Department's actions in deleting my expressive conduct. This post, just like the others, was removed.

8. After making numerous postings, I discovered that I was banned from commenting, posting, or significantly participating in the open public forum on the Honolulu Police Department's Official Facebook Fan page.

## Exhibit Three

9. Additionally, all of my comments on these posts were censored and removed. The Honolulu Police Department publicly stated that they deleted and removed my posts.

10. I did not delete or remove any posts made by myself on the Honolulu Police Department's Official Facebook Fan page.

11. I did not ask or communicate that I wanted my posts to be removed.

12. I am currently still unable to participate on the Honolulu Police Department's Facebook Fan page.

13. If the ban were removed, I would resume posting, commenting, sharing, and otherwise participating in the public discussion and debate on the Honolulu Police Department's Official Facebook Fan page through all available means, but I am unable to do so because of the ban.

I, Christopher Baker, I declare under penalty of perjury that the foregoing is true and correct. And, pursuant to the provisions of 28 § U.S.C. 1746 and Hawai‘i law, that all the statements made in this declaration are true to the best of my information, knowledge and belief.

Dated: Honolulu, Hawai‘i, August 15th, 2012.

Christopher Baker