# Exhibit Four

## SUPPORTING DECLARATION OF DEREK SCAMMON

1. My name is Derek Scammon. I am a Plaintiff in the above-styled case.

2. I reside in the State of Hawai'i.

3. I am an American citizen.

4. I am a member and a Director of the Hawaii Defense Foundation.

5. I am an arms owner.

6. On or about January 18th, 2012, I made a "wall" post on the Official Facebook Fan page of the Honolulu Police Department (http://www.fb.com/honolulu.police) for the purpose of political speech and to educate others on the topic of self-defense; shortly after posting, my post was removed from the "wall" of the Honolulu Police Page.

7. Around the 18th of January, 2012, I made an additional post in protest of the Police Department's continuous violation of civil rights. This post, just like the others, was removed.

8. Soon after making my posts in January of 2012, I discovered that I was banned from commenting, posting, or significantly participating in the open public forum on the Honolulu Police Department's Official Facebook Fan page.

9. Additionally, all of my comments on these posts were censored and removed.

1

# Exhibit Four

10. I did not delete or remove any posts made by myself on the Honolulu Police Department's Official Facebook Fan page.

11. I did not ask or otherwise communicate that I wanted my posts to be removed.

I, Derek Scammon, I declare under penalty of perjury that the foregoing is true and correct. And, pursuant to the provisions of 28 § U.S.C. 1746 and Hawai'i law, that all the statements made in this declaration are true to the best of my information, knowledge and belief.

Dated: Honolulu, Hawai'i, August 15th, 2012.

*[signature]*
Derek Scammon