www.BusinessRegistrations.com

FORM DNP-5
7/2008

FILED 02/11/2011 08:57 AM
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
**Business Registration Division**
335 Merchant Street
Mailing Address: P.O. Box 40, Honolulu, Hawaii 96810
Phone No. (808) 586-2727

## AMENDED AND RESTATED ARTICLES OF INCORPORATION
(Section 414D-184, Hawaii Revised Statutes)

231533D2

*PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK*

The undersigned, duly authorized officers of the corporation submitting these Amended and Restated Articles of Incorporation, certify as follows:

1. The name of the corporation is: Hawaii Defense Foundation

2. The Amended and Restated Articles of Incorporation adopted is attached.

3. The Amended and Restated Articles of Incorporation was adopted on: 01 / 23 / 2011
   (Month) (Day) (Year)

(Check one)
☐ at a meeting of the *members*:

| Designation (class) Of membership | Total Number of Memberships (votes) outstanding | Total Number of Votes Entitled to be Cast By each Class | Number of Votes Cast by each class For Amendment | Number of Votes Cast by each class Against Amendment |
|---|---|---|---|---|
|  |  |  |  |  |

OR

☐ by written consent of the *members* holding at least eighty per cent of the voting power.

OR

☒ by a sufficient vote of the *Board of Directors* or *Incorporators* because member approval was not required.

4. Check one:
   ☐ The written approval of a specified person or persons named in the articles of incorporation was obtained.
   C.B.
   ☒ The written approval of a specified person or persons is not required.

5. The attached Amended and Restated Articles of Incorporation supersedes the original Articles of Incorporation and all amendments thereto.

The undersigned certifies under the penalties of Section 414D-12, Hawaii Revised Statutes, that the undersigned has read the above statements, I/we are authorized to make this change, and that the statements are true and correct.

Signed this 10th day of FEBRUARY, 2011

Christopher H. Baker / President
(Type/Print Name & Title)

Sara Baker / Assistant Secretary
(Type/Print Name & Title)

_____
(Signature of Officer)

_____
(Signature of Officer)

SEE INSTRUCTIONS ON REVERSE SIDE. The articles must be signed by at least one officer of the corporation.

02/11/201120121

Exhibit Five

> I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.
>
> [signature]
> DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS
>
> Date: February 15, 2011

Exhibit Five

## Article I

### Name and Address of Corporation

The name of this corporation is: Hawaii Defense Foundation.

## Article II

### Location of Principal Office

The mailing address of the corporations initial principal office is:

3308 Moreell Street, Honolulu, Hawaii 96818

## Article III

### Registered Agent

The corporation shall have and continuously maintain in the State of Hawaii a registered agent who shall have a business address in this state. The agent may be an individual who resides in this state, a domestic entity or a foreign entity authorized to transact business in this state.

A.) The name (and state or country of incorporation, formation of organization, if applicable) of the corporations registered agent in Hawaii is:

Christopher Henry Baker

B.) The street address of the place of business of the person in the State of Hawaii to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to is:

3308 Moreell Street, Honolulu, Hawaii 96818

## Article IV

### Statement of Purpose

The purposes for which this corporation is organized are:

1. To defend and protect the civil rights of arms owners;
2. To promote, advance, and encourage firearms safety;
3. To educate individuals, including the youth of United States, with respect to firearms and firearm history, safety, and marksmanship, as well as with respect to other subjects that are importance to the well-being of the general public;

Hawaii Defense Foundation  Articles of Incorporation  Page 1

4. To conduct research in the furtherance of improved firearms safety and marksmanship facilities and techniques;

5. To support the activities of the National rifle Association of America or other non-profit organizations, but only to the extent that such activities are in the furtherance of charitable, educational, or scientific purposes within the meaning of section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or any similar provision subsequently enacted.

6. To educate the public, law enforcement, and other government entities on the ownership, use, constitutional rights, laws and regulations of arms;

7. To engage in any other activity that is incidental to, connected with, or in the advancement of the foregoing purposes and that is entirely within the scope of allowable purposes under 26 U.S.C. § 501 (c) (3).

## Article V

## Names of Incorporators

The name(s) and address(es) of the incorporator(s) of this corporation is/are:

Christopher H. Baker
3308 Moreell Street
Honolulu, Hawaii 96818

Sara L. Baker
3308 Moreell Street
Honolulu, Hawaii 96818

## Article VI

## Membership

The classes, rights, privileges, qualifications, and obligations of members of this corporation are set forth in the following text. This corporation shall have multiple levels of membership. Any person shall be qualified to become a member upon payment of the initial dues and shall continue as member of their respective level upon paying the annual dues of that membership class. The amount, method, and time of payment of dues shall be determined, and may be changed, from time to time, by the board of directors. Additional provisions specifying the rights, obligations, and class of members shall be contained in the corporations bylaws pursuant to, and in accordance with, the laws of this state.

## Article VII

### Number, Names, and Address of Initial Directors

The number of initial directors of this corporations shall be four and the names and addresses of the initial directors are as follows:

1. Christopher Henry Baker
   3308 Moreell Street
   Honolulu, Hawaii 96818

2. Erica Castillo
   3012 Huehue Lane
   Kailua, Hawaii 96734

3. Dexter Carrasco
   550 Halekauwila Street, Ste. 301
   Honolulu, Hawaii 96813

4. Alex Europa
   68-024 Apuhihi Street APT #512W
   Wailua, Hawaii 96791

## Article VIII

### Duration of Corporation

The period of duration of this corporation is perpetual.

## Article IX

### Additional Provisions

The property of this company is irrevocably dedicated to the defense and protection of arms owner's civil rights and education on firearm safety and self-defense. Upon dissolution or winding up the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for defense and protection of arms owner's civil rights or education on firearm safety or self-defense purposes, and which has established its tax-exempt status under Section 501(c)(3) of the Internal Revenue Code.

No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation (except as otherwise provided by Section 501(h) of the Internal Revenue Code), and this corporation shall not participate in, or intervene in (including the publishing or distribution of statements), any political campaign on behalf of, or in opposition to, any candidate for public office.

# Exhibit Five

No Part of the net earnings of this corporation shall inure to the benefit of, or be distributable to, its members, directors, officers, or other private persons, except that this corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in these articles.

Notwithstanding any other provision of these articles, this corporation shall not carry on any other activities not permitted to be carried on (1) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code or (2) by a corporation contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code.

02/11/201120121