# Exhibit Seven



**Honolulu Police Department (Official Site)**
On Sunday at 4:00 am at a Punchbowl Street address, the victim was sleeping at her apartment and was awoken when she observed the 36 yr. old male suspect masturbating next to her bed. She yelled at the suspect and he fled. On-duty HPD police responded but suspect could not be located. Later, the suspect comes back to the apartment, knocks on the door and apologizes and asks why the victim called the police. The suspect is located by on-duty HPD police and the victim and witness positively identify him. The suspect is arrested without incident.

Like · Comment · Share · 11 hours ago

👍 20 people like this.

💬 4 shares

 **Juliano Ahlstrand** Did they know each other or is this like some law and order svu stuff
11 hours ago · Like · 👍 3

 **Rose Kupahu** Lol...One of Hawaii's most dumbmess Professional masturbating criminal.
11 hours ago · Like · 👍 9

 **KrisTina Millies** OMg that's NASTY, & why was he so dumb to come back and to top if off asking why she called the cops .... Douche bag award goes to him!
11 hours ago · Like · 👍 5

 **Marleen Vaimasanu'u** What an idiot...
11 hours ago · Like · 👍 2

 **Mark Carvalho** I second that What an idiot..
11 hours ago · Like · 👍 1

 **Corinne Low Bulloda** Pervert! I have one next door to me

# Exhibit Seven

**About**

This is the official Facebook page of the Honolulu Police Department

**3,221**
like this

**490**
talking about this

Likes  See All



Honolulu Department of Information



The Miami-Dade Police Department

**Caitlin Doofenshmirtz Homes**
Has their been a report about a woman found dead on North Shore? My husband was a part of a convey heading that way with the Army and he said a few people noticed a lady laying on the side of the road, she had shopping bags and looked dead. The command would not pull the convey over and they did not have a cell phone to report the incident, he said later on they saw an ambulance rushing down that road. I have searched it and found nothing..just wondering if it was a bogus story or if someone was really found.

11 hours ago

**Caitlin Doofenshmirtz Homes** there*

11 hours ago

**Wouldntyou Liketoknow**
In my personal opinion, everyone who is caught talking on their cell phone while they are driving should be made to demonstrate the importance of being safe on the road. If I had my way, I'd have every officer confiscate the cell phone, put it under the driver's tire, and have them run it over. Would save so many lives and would teach people that a phone call is not worth their life or someone else's!

11 hours ago

# Exhibit Seven


**Laureen Tanaka**
Capt. Andrew Lum ~ Great TV show interview on Ch26 ("Joy In Our Town" show) about Safety on Roads and this Facebook site ! Show airing again Saturday-8/4 @ 12:30 am, Monday- 8/6 @ 8:30 am, Tuesday-8/7 @ 12:30 am, Thursday-8/9 @ 12:30am. Thank YOU for all that you do !
August 3 at 11:59am

 **Honolulu Police Department (Official Site)** Thank you Laureen it was a pleasure, you're a great host! Thank you for getting our message out to the public, much mahalo!
August 3 at 1:40pm


**Chris Duque**
IRS missing billions in ID theft

 **IRS missing billions in ID theft**
news.yahoo.com
Investigators say the Internal Revenue Service may have delivered more than $5 billion in refund checks to identity thieves who filed fraudulent tax returns for 2011.

Share · August 2 at 9:41pm


**Matt Glory**
Looking good Honolulu Police Department! Keep up the good work!!
August 2 at 12:24am via mobile

👍 Bren Da likes this.

 **Honolulu Police Department (Official Site)** Thank you Matt! Aloha.
August 2 at 9:54am · 👍 2

# Exhibit Seven

 Little posted a photo to Honolulu Police Department (Official Site)'s Wall.

Our Brother, as you now patrol the streets of Heaven, may you continue your vigilant watch over us all as we carry on in our Brother's Honor. We thank you for your service and for your sacrifice. We thank you for your life. Job Well Done Sir.

Rest In Peace Solo Bike Officer Chad Morimoto ... We have the watch from here. SALUTE!

We must vow to never let his children forget how their daddy Lived As Only A Hero Could. This husband, father, son and Brother of Blue will be missed by so very many ... forgotten by so few. Please take a moment to read of How this Hero LIVED by clicking on photo

Our heartfelt thoughts and prayers go out to the entire extended Morimoto family, the Men and Women of the Honolulu PD and to all whom have had the pleasure and the privilege of knowing and working along side this True Blue Hero. This tight-knit agency has been through so much heartache this past year and we our hearts break for our Brothers and Sisters. But this Hawaiian Blue Ohana is also one of the most resilient group of men and women you will know know and they will find a way to pull it all together, yet again, and they will valiantly continue to do the best in their service to their community honoring their fallen all the while.



"3rd Officer Honolulu PD has lost in the Line Of Duty in less than a year"
Honolulu Police Department - Hawaii
Solo Bike Officer Chad Morimoto
End Of Watch: 07...

Share