# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 12-00469JMS-RLP |
| CASE NAME: | Hawaii Defense Foundation, et al. v. City and County of Honolulu |
| ATTYS FOR PLA: | Richard Holcomb |
| ATTYS FOR DEFT: | Curtis E. Sherwood |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 8/22/2012 | TIME: | 9:00-9:20am |

COURT ACTION:  EP: Status Conference held regarding Plaintiffs' Motion for Temporary Restraining Order, Doc. No. 6, and Plaintiffs' Motion for Preliminary Injunction, Doc. No. 7.

The court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction on September 5, 2012 at 9:00 a.m.  By August 28, 2012, Defendants shall file an Opposition, as well as a statement outlining the facts they will seek to introduce at the September 5, 2012 hearing and the witnesses that they wish to call (if any), including the expected length of testimony.  By August 31, 2012, Plaintiffs shall file a Reply and a statement outlining the facts they will seek to introduce at the September 5, 2012 hearing and the witnesses that they wish to call (if any), including the expected length of testimony.  The parties shall also meet and confer regarding the admissibility of proffered exhibits for the hearing.

In light of the briefing schedule on the Motion for Preliminary Injunction and as the parties agreed, the court DEEMS MOOT Plaintiffs' Motion for Temporary Restraining Order.