# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 12-00469JMS-RLP |
| CASE NAME: | Hawaii Defense Foundation, et al. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Richard Holcomb<br>Brian Brazier<br>Alan Beck (By phone) |
| ATTYS FOR DEFT: | Curtis Sherwood |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 9/5/2012 | TIME: | 9:00-9:30 |

COURT ACTION: EP: Status conference held regarding Plaintiffs' Motion for Preliminary Injunction and settlement.

In light of the changes in the City and County's position regarding public posting on the Honolulu Police Department's Facebook page and upon agreement of the parties, the court DEEMS MOOT Plaintiffs' Motion for Preliminary Injunction, Doc. No. 7, without prejudice to Plaintiffs refiling either the same Motion for Preliminary Injunction or a new Motion for Preliminary Injunction in the future.

The court will hold another status conference on October 4, 2012 at 1:30 p.m. to determine the parties' progress in resolving this matter.