# HOLCOMB LAW, LLLC  A LIMITED LIABILITY LAW CORPORATION

Richard L. Holcomb, Esq.
Brian Brazier of Counsel
1136 Union Mall
Suite 808
Honolulu, HI  96813
rholcomblaw@live.com
(808) 545-4040
Fax: (808) 356-1954

October 30, 2012
*Via Electroinic Mail*

Hon. J. Michael Seabright
Judge, U.S. District Court
300 Ala Moana Blvd., Rm. C-435
Honolulu, HI 96850

Re: Hawaii Defense Foundation, et al. v. City and County of Honolulu, et al.;        Civil Case Number 12-00469 JMS/RLP

Dear Judge Seabright,

Pursuant to the Court's order following the previous Status Conference, Plaintiffs hereby provide this letter to update the Court on the status of the ongoing settlement negotiations between the parties.

Pursuant to the Court's direction and in an effort to minimize billing, Plaintiffs have allowed the ACLU to take the lead role in negotiating the terms of the proposed free speech policy governing the Defendants' administration of the Honolulu Police Department's Facebook page. Plaintiffs have remained apprised of the status of those negotiations and have offered feedback where it has seemed justified and appropriate. As a whole, Plaintiffs have been reasonably pleased with the draft policies that they have seen.

However, as Defendants' counsel has indicated to the Court, the Defendants have been engaged in internal negotiations regarding the specific phrasing of their proposed policy, and Plaintiffs have not received anything from Defendants beyond general assurances that they are working on it. Plaintiffs are confident that a settlement as to the issue of the free speech protocol for the administration of the Facebook page can be reached in a reasonable timeframe (their proposal being two weeks before presenting it to Plaintiffs). Following receipt of the protocol, counsel will confer with Plaintiffs and will move as quickly as possible to secure an agreement. Plaintiffs would further request that the Court then approve the settlement agreement and issue the consent decree with respect to the free speech protocol so that Plaintiffs could more effectively seek legal redress in the future if the terms of the protocol are violated.

**HOLCOMB LAW, LLLC** A LIMITED LIABILITY LAW CORPORATION

Assuming the parties can agree to a protocol for the Facebook page at that time, the only remaining issue would concern attorney's fees for Plaintiffs' counsel. As was indicated in the previous Status Conference, the parties feel that this issue could be best resolved with a judicial determination of fees after full briefing by both parties. Plaintiffs suggest that a briefing schedule regarding attorney's fees be set upon the issuance of the consent decree by the court. With that in mind, Plaintiffs' counsel will be out of town from December 21, 2012, until January 3, 2013. Plaintiffs would like to resolve this matter fully and justly within a timeframe that prejudices neither party. Plaintiffs thank the Court for its assistance in seeking settlement of the instant matter and hope that both parties can agree to a formal free speech protocol in the near future and that the issue of attorney's fees can be heard before the Court as soon as is practical.

Sincerely,

*s/Richard L. Holcomb*

Richard Holcomb
Counsel for Plaintiffs