DIANE T. KAWAUCHI, 1539
Acting Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU and
ANDREW LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| Hawaii Defense Foundation, Christopher Baker, and Derek Scammon, <br><br> Plaintiffs, <br><br> vs. <br><br> City and County of Honolulu; Andrew Lum, in his personal and official capacity; John Does 1-10 in their personal and official capacities, <br><br> Defendants. | CIVIL No. CV12-00469 JMS RLP <br><br> CERTIFICATE OF SERVICE RE: <br><br> DEFENDANTS CITY AND COUNTY OF HONOLULU AND ANDREW LUM'S INTIAL DISCLOSURES |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and copies of DEFENDANTS CITY AND COUNTY OF HONOLULU AND ANDREW LUM'S INTIAL DISCLOSURES were duly served on January 15, 2013, by the method of service noted below, on the following:

**U.S. Mail Postage paid -**

RICHARD L. HOLCOMB, ESQ.     rholcomblaw@gmail.com
BRIAN J. BRAZIER, ESQ.     brianblazier@gmail.com
1136 Union Mall, Suite 808
Honolulu, HI  96813

ALAN BECK, ESQ.     ngord2000@yahoo.com
4780 Governor Drive
San Diego, CA  92122

Attorneys for Plaintiffs

DATED:  Honolulu, Hawai'i, January 22, 2013.

        DIANE T. KAWAUCHI
        Acting Corporation Counsel

By:  /s/ Curtis E. Sherwood
    CURTIS E. SHERWOOD
    Deputy Corporation Counsel
    Attorney for Defendants
     CITY AND COUNTY OF HONOLULU
     and ANDREW LUM