RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN BRAZIER (HI Bar No. 9177) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com
Of Counsel; Brian Brazier

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

**UNITED STATE DISTRICT COURT FOR THE DISTRICT OF HAWAII**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Defense Foundation, Christopher Baker, and Derek Scammon<br><br>     Plaintiffs,<br>vs.<br><br>City and County of Honolulu; Andrew Lum, in his personal and official capacity; John Does 1-10 in their personal and official capacities.<br><br>     Defendants. | CASE NO. CV 12-00469JMS-RLP<br><br>Concise Statement of Facts in Support of Plaintiffs Motion For Summary Judgment or Summary Adjudication |

1

# PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiffs submit their concise Statement of Material facts in support of their Motion for Summary Judgment as well as Exhibits 1-4 to the concise statement.

|   | MATERIAL FACT | EVIDENTIARY SUPPORT |
|---|---|---|
| 1 | Honolulu Police Department ("HPD") is a branch of the City and County of Honolulu. | Defendants City and County of Honolulu et. al. Answers to Plaintiffs' Request For Admissions ("RFA"), Exhibit 3, #1. |
| 2 | The City and County of Honolulu supervises the Honolulu Police Department, and the Honolulu Police Department is an executive department under the supervision of the managing director of the City. | RFA 1 |
| 3 | HPD may promulgate policies relevant to its facebook page. | RFA 2 |

| | | |
|---|---|---|
| 4 | Defendant Captain Andrew Lum was and is employed by HPD and is the person with primary control over HPD's facebook page. | RFA 3 |
| 5 | HPD maintains a "page" on the social media site facebook.com. | RFA 3-4 |
| 6 | From January 18th 2012 through August 21st 2012 HPD had no policies regarding the administration of HPD's facebook page. | Defendants City and County of Honolulu et. al.'s Answers to Plaintiffs' Request For Answers to Interrogatories ("Int.") #4, Exhibit 2. |
| 7 | HPD deleted various posts of Plaintiff Christopher Baker. | RFA 4-14, Exhibit 2. |
| 8 | HPD Banned Plaintiff Christopher Baker from Posting on its facebook page for a period of time prior to the filing of Plaintiffs' Complaint. | RFA ¶ 15 |
| 9 | HPD Deleted various posts of Plaintiff Derek Scammon. | RFA ¶ 17-22 |
| 10 | HPD Banned Plaintiff Derek Scammon from posting on its facebook page for a period of time prior to the filing of Plaintiffs' Complaint. | RFA ¶ 23 |
| 11 | HPD advertised it's facebook page was a "forum open to the public" for some time during 2012, and further listed a set of rules for using the site. | Adm. ¶ 24; see also Exhibit 4. |
| 12 | HPD posted "Aloha HPD Facebook users. We hope the information this site provides is useful and has value to you as members of this community. The intent of this site was to utilize current technology to build law enforcement partnerships with you toward making Honolulu the safest place to live, work, and play. | Adm. ¶ 29; see also Exhibit 5. |

| | | |
|---|---|---|
| | Sharing your experiences with us, either good or bad, is encouraged. However, misrepresentations calculated to harm the reputation of the HPD, or others, are considered defamatory and will be deleted as a violation of the posting guidelines.<br><br>We appreciate the opportunities Facebook technology allows us in sharing information with you. Aloha." | |
| 13 | From January 18th 2012 to the filing of Plaintiffs' Complaint, some posts were deleted while others were allowed to remain. | Adm. ¶ 5-14, 17-21, 27; Exhibit 1. |

I certify that this document complies with the word limitation set forth under LR7.5(e) and LR 56.1(d).

DATED: /s/ Alan Beck
Alan Beck (HI Bar No. 9145)
Richard Loren Holcomb
Alan Beck
Brain Brazier
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

On this, the 23rd of October, 2013, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct. Executed this the 23rd of October, 2013.

                                                                                            s/ Brian Brazier
                                                                                            Brian J. Brazier (HI Bar No. 9343)