# Exhibit One



**Derek S Scammon**

Considering that the Chief of Police routinely denies CCW permit applications, what is HPD's advice if I find myself on the receiving end of this kind of savagery?



**FULL VERSION Helpless CHINESE Man Attacked and Jumped by 7 Others**
www.youtube.com

tweet this video to @foxchicago and @Chicago_Police names of the 7 posted below: WESLEY WU - grey hoodie, main kid attacking the man, deleted facebook. EASL...

 Unlike · Comment · Share · 2 hours ago · 

 You like this.

 **Christopher Baker** Clearly you need to grab your cell phone! I'm sure it would help you. Luckily for that kid many of those other 'kids' are not 200+ lb men who would do a significant amount more damage per blow.

about an hour ago · Unlike · 👍 1

**Ross Mukai** Where are the street signs? How would you even begin to describe your location to emergency services, IF you were able to call?

30 minutes ago · Unlike · 👍 1

# Exhibit One



**Ryan Barbour**

I heard something about there only being one approved tailor shop where officers must both purchase and tailor their uniforms. Supposedly it is not only extremely expensive but it takes many months to get a uniform. It seems ridiculous that it costs the officer so much in time and cost. Could someone shed light on that?

Like · Comment · 2 hours ago · 🌐



**Christopher Baker** Sounds like a bunch of corruption to me! Which I wouldn't past the leaders in the police department or the state. Department leaders have have demonstrated many times how far they go to violate things like the constitution or due process. I bet it some jack booted ex chiefs family member is making a killing off of the deal.

2 seconds ago · Like

Write a comment...



**Conney Hanchett**

Who do I need to talk to if I believe my elderly parents may have been a victim of identity theft?

Like · Comment · Yesterday at 8:13am · 🌐



**Honolulu Police Department (Official Site)** @Conney, please call 911 and request for an officer immediately to discuss this. Mahalo.

3 hours ago · Like



**Conney Hanchett** Mahalo for your assistance.

3 hours ago · Like



**Honolulu Police Department (Official Site)** @Conney, you're welcome.

2 hours ago · Like

**Exhibit One**



**Christopher Baker**

For some people who say they respect the constitution, what part of the Fourth Amendment doesn't the leadership of Honolulu Police Department not understand? Do they not possess the ability to read coherently?

Please forward the message to the internet nazi's:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

This means you shouldn't support crap like *searching* and *storing* people's internet history, without a warrant or probable cause. If the leaders want to lie, when they stand and take the oath "to support and defend the constitution" why don't they just go buddy up with our friends in North Korea already. Get this Facist crap out of here.

**Hawaii tables sweeping Internet tracking bill**
www.hawaiinewsnow.com

State lawmakers have tabled a proposal that would have required Internet service providers to retain all Hawaii consumers' subscriber data and browsing histories...

Like · Comment · Share · 2 seconds ago ·

# Exhibit One

**About**

This is the offical Facebook page of the Honolulu Police Department

**3,210**
like this

**576**
talking about this

**Likes**                                    See All


**City and County of Honolulu**


**Honolulu Department of Information**


**Boston Police Department (Official)**


**Law Enforcement Today**


**Los Angeles County Sheriff's Department**

Create a Page

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

This means you shouldn't support crap like *searching* and *storing* people's internet history, without a warrant or probable cause. If the leaders want to lie, when they stand and take the oath "to support and defend the constitution" why don't they just go buddy up with our friends in North Korea already. Get this Facist crap out of here.


**Hawaii tables sweeping Internet tracking bill**
www.hawaiinewsnow.com
State lawmakers have tabled a proposal that would have required Internet service providers to retain all Hawaii consumers' subscriber data and browsing histories...

 Unlike · Comment · Share · 58 minutes ago · 🌐

 You, Todd Atkins, John Tchoe and Sharon Williams like this.

📑 1 share

 **Gregory Yukumoto** State of Oahu micromanagement of the people of Hawaii
49 minutes ago · Like

 **Christopher Baker** The islands executive department, especially HPD, is a total bag job when it comes to structure. They cry if another department might get something that benefits or protects them; hell - the HPD leadership terrorists even testified against other state departments from getting Tasers to protect themselves.
2 seconds ago · Like

Write a comment...

# Exhibit One



**Hawaii tables sweeping Internet tracking bill**
www.hawaiinewsnow.com

State lawmakers have tabled a proposal that would have
required Internet service providers to retain all Hawaii
consumers' subscriber data and browsing histories...

 Unlike · Comment · Share · about an hour ago · 🌐

👍 You, Todd Atkins, John Tchoe and Sharon Williams like this.

📋 1 share

 **Gregory Yukumoto** State of Oahu micromanagement of the people
of Hawaii
53 minutes ago · Like

 **Christopher Baker** The islands executive department, especially
HPD, is a total bag job when it comes to structure. They cry if another
department might get something that benefits or protects them; hell -
the HPD leadership terrorists even testified against other state
departments from getting Tasers to protect themselves.
3 minutes ago · Like

 **Christopher Baker** http://www.hawaiidefensefoundation.org/wp-
content/uploads/2012/01/Protest-Photo.jpg

 **http://www.hawaiidefensefoundation.org
/wp-content/uploads/2012/01/Protest-
Photo.jpg**
www.hawaiidefensefoundation.org

2 seconds ago · Like · Remove Preview

 **Christopher Baker** This is where we are headed!
2 seconds ago · Like

Write a comment...

# Exhibit One



**Exhibit One**

Search     🔍

# Honolulu Police Department (Official Site)

Government Organization · Honolulu, Hawaii



**Wall**      Honolulu Police Departmen... · **Everyone (Most Recent)** ▼

Share:  **Post** 🔗 **Link**

Write something...

 **Christopher Baker**



**Untitled Album**
We don't need no privacy!

By: Hawaii Defense Foundation

# Exhibit One

Q

13 hours ago · Like



**Jesse S Halsey** love HPD........job well done
13 hours ago · Like



**Christopher Baker** Lots of crying about cell phones, but no study thus far has shown a reduction in accidents post cell-phone ban. Something to consider. People eat food, shave, talk to each other, have kids (which is probably more of a distraction than a phone, why don't we ban them?!), apply makeup, brush their hair, shave etc.

If there is no statistical effect, does it really help society? Or is just a burden and pathway to generate revenue?
12 hours ago · Like



**Christopher Baker** No reliable and credible study*
12 hours ago · Like



**Christopher Baker** http://www.iihs.org/research/topics/pdf/ HLDI_Cellphone_Bulletin_Dec09.pdf

One of the fairly credible and unbiased looking studies I found - which shows similar rates of MVC between cell phone ban states and non-cell ban states.

http://articles.cnn.com/2010-01-29/us/cellphone.study_1_cell-phon e-bans-hands-free-devices-texting?_s=PM%3AUS
http://www.rgj.com/article/20110927/NEWS20/109250363/ Fact-Checker-Do-cellphone-texting-bans-decrease-car-crashes-
12 hours ago · Like



**Honolulu Police Department (Official Site)** @Joey, comments depciting unlawful activity is a violation of the posting guidelines. Your comment has been deleted.
2 minutes ago · Like



**Christopher Baker** Look at the internet censorship.
2 minutes ago · Like



**Christopher Baker** Furthermore, if he was on private property, its not illegal.
2 minutes ago · Like



**Christopher Baker** Your posting guidelines state that "suggesting" or "encouraging" illegal activity is counter to the rules. His post was neither suggesting nor encouraging the use of cellular devices while driving. So where do you really get off removing his comments?
2 seconds ago · Like

Write a comment...

# Exhibit One

**facebook** 　　Search　　　　　　　　　　　　　　　Q

Your comment has been deleted.
14 minutes ago · Like

 **Christopher Baker** Look at the internet censorship.
14 minutes ago · Like

 **Christopher Baker** Furthermore, if he was on private property, its not illegal.
14 minutes ago · Like

 **Honolulu Police Department (Official Site)** @Christopher, the law is specific in regards to this section. Your argument should be brought up in the legislature or Honolulu City Council. The HPD takes enforcement action based on laws passed by the entities mentioned.
9 minutes ago · Like

 **Christopher Baker** Your posting guidelines state that "suggesting" or "encouraging" illegal activity is counter to the rules. His post was neither suggesting nor encouraging the use of cellular devices while driving. So where do you really get off removing his comments?
9 minutes ago · Like

 **Honolulu Police Department (Official Site)** @Andrew, the fine is $147.
8 minutes ago · Like

 **Christopher Baker** You don't even know if the activity was illegal. He could clearly be exempted by the law, but you are getting your internet nazi powers rolling early in the morning.

You don't know if he was actually engaged in the "use" of the device. Heard of Siri? He can post to facebook hands free.

The device could have been "installed in the vehicle" and hooked up to his in dash system. Because, guess what, some new cars are hooked up to social media.

You also don't know if he qualifies as an "Emergency Responder."

Also, Legislative intent goes a far way, as I stated earlier the rule would apply to roads where HPD has jurisdiction, which of course, is not on a private road on private property.

So again, why are you deleting citizens comments? We would like to know what officer, agent, or other such employee of the department is sitting there doing this.
2 seconds ago · Like

 Write a comment...

# Exhibit One


17 hours ago


**Carlene Hart** Way to go D4.
16 hours ago · 👍 1


**Ferdie Jose** Meheula Parkway next please! Between the freeway
and Mililani Library! Do it between 1500 hrs and 1800 hrs! Thanks!!!
16 hours ago


**Ed Oshiro** Go get'um!
16 hours ago


**Cristina Fonoimoana** Solo Bikes were rippen' em in Kapolei today!
;)
14 hours ago


**Jesse S Halsey** love HPD........job well done
13 hours ago


**Honolulu Police Department (Official Site)** @Joey, comments
depciting unlawful activity is a violation of the posting guidelines.
Your comment has been deleted.
30 minutes ago · 👍 1


**Honolulu Police Department (Official Site)** @Christopher, the
law is specific in regards to this section. Your argument should be
brought up in the legislature or Honolulu City Council. The HPD takes
enforcement action based on laws passed by the entities mentioned.
25 minutes ago


**Honolulu Police Department (Official Site)** @Andrew, the fine is ✕
$147.
24 minutes ago


**Honolulu Police Department (Official Site)** @Christopher, you've
had a history of using defamatory terms in your comments. The
posting guidelines are clear. Dissenting opinions are appropriate but
the use of defamatory comments such as "internet nazi powers" are
not. Your comments have been deleted.
4 minutes ago

# Exhibit One



Search



**Chris Duque**



**VIDEO: Kids and cyber bullying - Local News - News - General - Bendigo Advertiser**
www.bendigoadvertiser.com.au

LEADING Senior Constable Janita Docherty talks about what kids, parents and Victoria Police can do in the fight against cyber bullying.

 Share · 21 hours ago · 🌐



**Honolulu Police Department (Official Site)**

Yesterday, the HPD Traffic Division conducted a Distracted Driving Enforcement operation on Kailua Rd. between Hamakua Drive and Uluoa St. between 4:00 pm and 6:00 pm. a total of 64 citations were issued of which 41 were for cell phone use, 14 for seatbelt violations, and the remainder for miscellaneous violations.

Share · 22 hours ago · 🌐

 Leonard Letoto and 32 others like this.

 View all 16 comments            1 share



**Honolulu Police Department (Official Site)** @Christopher, you've had a history of using defamatory terms in your comments. The posting guidelines are clear. Dissenting opinions are appropriate but the use of defamatory comments such as "internet nazi powers" are not. Your comments have been deleted.
4 hours ago



**Derek S Scammon** So I take it that HPD doesn't much care about allowing freedom of speech? All the one-sided comments referring to posters who have been deleted seem a little forboding. Does asking about deleted posts violate the posting guidelines? I'd hate to get my post deleted for talking about posts that got deleted.
15 minutes ago

## Exhibit One



Search 🔍

# Honolulu Police Department (Official Site)

Government Organization · Honolulu, Hawaii



**Wall**  Honolulu Police Departmen... · **Everyone (Most Recent)**

Share: 📝 **Post** 🔗 **Link**

Write something...

ty (1+)



**Christopher Baker**

As good as our officers are, the reality is that they are not magical creatures who can teleport around. Your protection is your responsibility. Rely on yourself.



Facebook page of ce Department

HAWAII DEFENSE FOUNDATION

RELY ON YOURSELF AND STAY ALIVE.

See All

**Wall Photos**

By: Hawaii Defense Foundation


🔗 Like · Comment · Share · a few seconds ago · 🌐

a Police artment

ton Police artment icial)



**Honolulu Police Department (Official Site)**

Chief Kealoha and the executive command staff met with the Communications Division for their annual Chief's Review. Chief Kealoha extended his thanks for all

# Exhibit One



**Exhibit One**

## How effective is HPD's use of Facebook to inform and connect with the public? 

| ☐ | **Very good** |
|---|---|
| ☐ | **Somewhat good** |
| ☐ | **Neutral** |
| ☑ | **HPD are acting like censorship bafoons on protected speech.** |

 + Add an answer...    **Add**

2 More ▾

**Asked By**

 Honolulu Police Department (Official   🗨 **Ask Friends**    **+1 Follow**
Site)
12 seconds ago · 🌐 · Share ·
Report

**Posts**                                                Friends · Others

# Exhibit Two





## Honolulu Police Department (Official Site)

Government Organization · Honolulu, Hawaii



**Wall**                              Honolulu Police Departmen... · **Everyone (Most Recent**

Share:  **Post** 📎 **Link**

Write something...

tivity (1+)

s

cal Facebook page of
olice Department

his

See All

ulsa Police
epartment

onolulu

**Derek S Scammon**

Considering that the Chief of Police routinely denies CCW permit applications, what
is HPD's advice if I find myself on the receiving end of this kind of savagery?



**FULL VERSION Helpless CHINESE Man Attacked
and Jumped by 7 Others**
www.youtube.com

tweet this video to @foxchicago and @Chicago_Police
names of the 7 posted below: WESLEY WU - grey
hoodie, main kid attacking the man, deleted facebook.
EASL...

 Like · Comment · Share · about an hour ago · 🌐

**Chris Duque**



**Top Ten Facebook Scams to Avoid**
facecrooks.com

If you have been on Facebook for any length of time, then you
know full well how scam and spam laden the site can be.
Scammers love crowds, and there isn't one bigger than
Facebook. Some of these scams are phishing schemes trying
to obtain your username and password, while others end in
surveys

📎 Like · Comment · Share · about an hour ago · 🌐

## Exhibit Two



Search 🔍



# Honolulu Police Department (Official Site)

Government Organization · Honolulu, Hawaii

    

**Wall**                    Honolulu Police Departmen... · **Everyone (Most Recent**



**Derek S Scammon**

Yet because Chief Kealoha refuses to issue Licenses to Carry, as provided for by
state law, the citizens of Hawaii are disarmed any time they cross the threshold of
their front door.



http://www.olegvolk.net/gallery/d/28152-4
/civilian.jpg
www.olegvolk.net

 Share · 2 hours ago · 🌐



ook page of
artment



**Caitlin Doofenshmirtz Homes**

Has their been a report about a woman found dead on North Shore? My husband
was a part of a convey heading that way with the Army and he said a few people
noticed a lady laying on the side of the road, she had shopping bags and looked
dead. The command would not pull the convey over and they did not have a cell
phone to report the incident, he said later on they saw an ambulance rushing
down that road. I have searched it and found nothing..just wondering if it was a
bogus story or if someone was really found.

11 hours ago · 🌐



**Caitlin Doofenshmirtz Homes** there*
11 hours ago

See All

ent of
on

i-Dade
partment



**Wouldntyou Liketoknow**

In my personal opinion, everyone who is caught talking on their cell phone while
they are driving should be made to demonstrate the importance of being safe on
the road. If I had my way, I'd have every officer confiscate the cell phone, put it
under the driver's tire, and have them run it over. Would save so many lives and
would teach people that a phone call is not worth their life or someone else's!

11 hours ago · 🌐

# Exhibit Two



Search

**Chris Duque**

**VIDEO: Kids and cyber bullying - Local News - News - General - Bendigo Advertiser**
www.bendigoadvertiser.com.au

LEADING Senior Constable Janita Docherty talks about what kids, parents and Victoria Police can do in the fight against cyber bullying.

Share · 21 hours ago · 

**Honolulu Police Department (Official Site)**

Yesterday, the HPD Traffic Division conducted a Distracted Driving Enforcement operation on Kailua Rd. between Hamakua Drive and Uluoa St. between 4:00 pm and 6:00 pm. a total of 64 citations were issued of which 41 were for cell phone use, 14 for seatbelt violations, and the remainder for miscellaneous violations.

Share · 22 hours ago · 

Leonard Letoto and 32 others like this.

View all 16 comments                                         1 share

**Honolulu Police Department (Official Site)** @Christopher, you've had a history of using defamatory terms in your comments. The posting guidelines are clear. Dissenting opinions are appropriate but the use of defamatory comments such as "internet nazi powers" are not. Your comments have been deleted.
4 hours ago

**Derek S Scammon** So I take it that HPD doesn't much care about allowing freedom of speech? All the one-sided comments referring to posters who have been deleted seem a little forboding. Does asking about deleted posts violate the posting guidelines? I'd hate to get my post deleted for talking about posts that got deleted.
15 minutes ago

# Exhibit Two



facebook

Search

Derek's Profile · Honolulu Police Department (Official Site)'s Profile · Derek's Wall

**Derek S Scammon** ▶ **Honolulu Police Department (Official Site)**
Considering that the Chief of Police routinely denies CCW permit applications, what is HPD's advice if I find myself on the receiving end of this kind of savagery?

**FULL VERSION Helpless CHINESE Man Attacked and Jumped by 7 Others**
www.youtube.com
tweet this video to @foxchicago and @Chicago_Police names of the 7 posted below: WESLEY WU - grey hoodie, main kid attacking the man, deleted facebook. EASL...

Like · Comment · Share · 13 hours ago · ⊕

Christopher Baker and Ross Mukai like this.

**Christopher Baker** Clearly you need to grab your cell phone! I'm sure it would help you. Luckily for that kid many of those other 'kids' are not 200+ lb men who would do a significant amount more damage per blow.
12 hours ago · Like · 👍 2

**Ross Mukai** Where are the street signs? How would you even begin to describe your location to emergency services, IF you were able to call?
11 hours ago · Unlike · 👍 2

**Derek S Scammon** I've never even thought about that, Ross, but you're right; other than at home or at my office, I have very little idea what my address is at any given time as I'm walking and driving around.
6 hours ago · Like

**Honolulu Police Department (Official Site)** @Derek, We've already had this discussion. It appears this happened in Chicago, perhaps you can direct your question to the Chicago Police Department regarding this incident. Mahalo.
about an hour ago · Like

**Derek S Scammon** So your position is that this sort of thing doesn't happen here? I'm not referring to this specific incident, I'm asking how the Honolulu Police Department will keep this from happening to me or others. Or, if it can't be prevented, what should I do?
about an hour ago · Like

**Honolulu Police Department (Official Site)** @Derek, as mentioned earlier this issue has been discussed in previous posts. I've attached the Hawaii Revised Statutes to help you determine the use force for self-protection. Please click on http://www.capitol.hawaii.gov/hrscurrent/Vol14_Ch0701-0853/HRS0703/HRS_0703-0304.htm for more information. Mahalo.

**House Bill**
www.capitol.hawaii.gov
§703-304 Use of force in self-protection. (1) Subject to the provisions...
See More

about an hour ago · Like

**Derek S Scammon** I'm quite familiar with the lawful use of force in self defense. What I mean is that there is nothing I can do within the bounds of the law to get myself out of a situation like the one in the

## Exhibit Two



**facebook**    Search

**Derek S Scammon** I've never even thought about that, Ross, but you're right; other than at home or at my office, I have very little idea what my address is at any given time as I'm walking and driving around.
6 hours ago · Like

**Honolulu Police Department (Official Site)** @Derek, We've already had this discussion. It appears this happened in Chicago, perhaps you can direct your question to the Chicago Police Department regarding this incident. Mahalo.
about an hour ago · Like

**Derek S Scammon** So your position is that this sort of thing doesn't happen here? I'm not referring to this specific incident, I'm asking how the Honolulu Police Department will keep this from happening to me or others. Or, if it can't be prevented, what should I do?
about an hour ago · Like

**Honolulu Police Department (Official Site)** @Derek, as mentioned earlier this issue has been discussed in previous posts. I've attached the Hawaii Revised Statutes to help you determine the use force for self-protection. Please click on http://www.capitol.hawaii.gov/hrscurrent/Vol14_Ch0701-0853/HRS0703/HRS_0703-0304.htm for more information. Mahalo.

> **House Bill**
> www.capitol.hawaii.gov
>
> §703-304 Use of force in self-protection. (1) Subject to the provisions...
>
> See More

about an hour ago · Like

**Derek S Scammon** I'm quite familiar with the lawful use of force in self defense. What I mean is that there is nothing I can do within the bounds of the law to get myself out of a situation like the one in the video. Pepper spray is pretty ineffective, and my bare knuckles would be even less effective, yet those are my only two options if I'm confronted by an angry mob. Chief Kealoha could single-handedly rectify the situation by issuing CCW permits to those who would like to exercise their right to bear arms, but he does not. Since he denies citizens the right to carry effective defensive tools, it seems reasonable to expect that he (and the department, by extension) have an alternative. Will the police arrive in time to prevent injury in a situation like this? Should I run? What if I'm not fast enough? What if they won't let me take a timeout to call 911?
13 minutes ago · Like

**Honolulu Police Department (Official Site)** @Derek, again your statement is rhetorical. This issue has been addressed in previous comments. Mahalo.
9 minutes ago · Like

**Derek S Scammon** It's not a rhetorical question. I'll restate it: What alternate means of protecion/defense has HPD and the Chief of Police set in place to offset the denial of concealed carry permits?
2 seconds ago · Like

# Exhibit Two



provisions...
See More

2 hours ago · Like

**Derek S Scammon** I'm quite familiar with the lawful use of force in self defense. What I mean is that there is nothing I can do within the bounds of the law to get myself out of a situation like the one in the video. Pepper spray is pretty ineffective, an...
See More

about an hour ago · Like

**Honolulu Police Department (Official Site)** @Derek, again your statement is rhetorical. This issue has been addressed in previous comments. Mahalo.

about an hour ago · Like

**Derek S Scammon** It's not a rhetorical question. I'll restate it: What alternate means of protecion/defense has HPD and the Chief of Police set in place to offset the denial of concealed carry permits?

about an hour ago · Like

**Honolulu Police Department (Official Site)** @Derek, asked and answered. The term concealed carry permits is incorrect. Here in Hawaii the legal term is License to Carry. Mahalo.

50 minutes ago · Like

**Derek S Scammon** Well, that's a fine splitting of hairs, but thanks for correcting me.

What alternate means of protecion/defense has HPD and the Chief of Police set in place to offset the denial of Licenses to Carry?

39 minutes ago · Like

**Honolulu Police Department (Official Site)** @Derek, asked and answered. Hawaii legislation has autorized this statute to address your question www.capitol.hawaii.gov/hrscurrent/Vol14_Ch0701-0853/HRS0703/HRS_0703-0304.htm . This will be the last correspondance if you continue to ask the same or similar question in regards to this subject. Mahalo.

**House Bill**
www.capitol.hawaii.gov

§703-304 Use of force in self-protection. (1) Subject to the provisions of this section and of section 703-308, the use of force upon or toward another person is justifiable when the actor believes that such force is immediately necessary for the purpose of protecting himself against the...

31 minutes ago · Like

**Derek S Scammon** Quoting the statutes on the use of force is not an answer to the question. I fully understand that I may legally use force, including deadly force, to defend myself against the threat of death or serious injury. I also get it that sometimes it may be necessary for a person to take responsibility for their own safety. I'm an advocate of that position, actually. The problem is that residents of the city and county of Honolulu are prohibited by law from carrying deadly weapons without a License to Carry issued on the authority of the Chief of Police. Since he categorically denies all requests for that license, he has stripped half of the referenced statute's effectiveness and removed deadly force as an option for self defense outside the home. Has he done anything to mitigate the risks associated with removing some defensive options from the equation?

2 seconds ago

# Exhibit Two

Search



Like · Comment · Share · 12 hours ago



**Derek S Scammon**
Yet because Chief Kealoha refuses to issue Licenses to Carry, as provided for by state law, the citizens of Hawaii are disarmed any time they cross the threshold of their front door.



http://www.olegvolk.net/gallery/d/28152-4/civilian.jpg
www.olegvolk.net

 Like · Comment · Share · 22 hours ago · 🌐

 **Derek S Scammon** This sums up the situation in Hawaii rather succinctly:

http://www.a-human-right.com/s_support.jpg



http://www.a-human-right.com/s_support.jpg
www.a-human-right.com

11 hours ago · Like · Remove Preview

 **MaryAnn Omerod** I'm not sure I understand your reason for wanting to carry a gun in the state of Hawaii, when we are one of the safest States in the U.S.?
about an hour ago · Like

 **Derek S Scammon** Good point, MaryAnn. I'm not sure I understand the reason for wanting to have armed police in the state of Hawaii, when we are one of the safest states in the U.S.?

The reason is that although Hawaii's crime rate is low relative to the rest of the United States, it still has a crime rate. But I'll be perfectly happy to give up advocating for concealed carry reform in this state if we can one year without a single violent crime. Think we'll ever get there?
20 minutes ago · Like

 **MaryAnn Omerod** So we'll have crime, coupled with accidental shootings, ever thought about that?
16 minutes ago · Like

 **Derek S Scammon** Of course I have, but concealed carry has little to do with accidental shootings in public, which are exceedingly rare. The vast majority of accidental shootings take place while hunting, and most of the rest happen in the home. Those risks are not mitigated by the Chief of Police's ban on concealed carry, as those of us who would like to carry defensive firearms already have them in our homes.

Aside from that, I'd like you to point me in the direction of the last police officer who accidentally shot someone. These guys carry guns every single day, yet you don't worry about it. The reason for that is because you subconsciously know that an accidental discharge with a holstered, modern firearm is all but impossible.
5 minutes ago · Like

# Exhibit Two

police officer who accidentally shot someone. These guys carry guns every single day, yet you don't worry about it. The reason for that is because you subconsciously know that an accidental discharge with a holstered, modern firearm is all but impossible.
Yesterday at 8:19am · Like

 **Derek S Scammon** MaryAnn, every state in the Union, save Illinois, has laws on the books which provide a means for private citizens to carry firearms. Most of them (39) don't make that contingent on the good graces of a bureaucrat, but Hawaii is one of the few who do. Would you be supportive of a law that required betrothed couples to demonstrate "exceptional circumstances" and "good moral character" in order to get a marriage license? What if you had to demonstrate those intangibles for a driver's license? What if the issuing authority didn't think *anyone* had sufficiently exceptional circumstances or good moral character, and refused to issue licenses for driving or marriage to anyone who was not a member of his organization?
Yesterday at 8:31am · Like · 👍 1

 **PoPs Millies** I'm 69 and by god if this state would pass the law I dam sure will carry a weapon and you people that are against it I believe you would change your mind if something happened to one of you family members by carrying a gun could have prevented it.. My thoughts.
18 hours ago · Unlike · 👍 2

 **MaryAnn Omerod** Responsible? and @ 69 your encouraging that type of behavior?? I don't think so!
2 hours ago · Like

 **MaryAnn Omerod** Millies, You should be ashamed of yourself!! The example you want to set for our children and future generation concerns me!
about an hour ago · Like

 **Derek S Scammon** Why is carrying a firearm for self-defense irresponsible, MaryAnn? Are police officers irresponsible for carrying guns? Pops wants to take responsibility for his own safety, yet you say he's irresponsible and setting a bad example. What alternative do you think Pops has? Do you think a 69 year old man will be successful at running away from a 19 year old attacker? How do you propose he defend himself if he's attacked by two or three punks a third his age?

If you really care about preventing violent crime, look up Gonzales v. Castle Rock and Warren v. District of Columbia. Both those cases confirm that the police cannot be held accountable for failing to protect the citizens of their jurisdiction, even in cases of gross incompetence.
about an hour ago · Like

 **Unko Steve** He didn't pass the mental fitness portion of the application that's why. U wanna carry firearms move to illinois....
16 minutes ago · Like

 **Derek S Scammon** Who didn't pass the mental fitness portion of the application, Steve? Illiinois is the only state in the Union which makes no provision for private citizens to carry defensive arms, not sure what you meant by that.
13 minutes ago · Like



**Exhibit Three**

Department (HPD) please visit our website at www.honolulupd.org.

While this is a forum open to the public, be mindful that access is available for those 13+. We ask that you follow our posting guidelines below; non-compliance will result in your message being removed.

• No obscenities, sexually explicit or racially derogatory language, nor defamatory comments toward anyone or organization are allowed.

• No unauthorized solicitations or advertisements are allowed.

• No comments suggesting or encouraging illegal activities are allowed.

• Personal responsibility is assumed by the user for comments, username, and any information placed on this page by the user.

The HPD monitors this Facebook site actively during normal business hours from 0745-1630 hrs. Monday-Friday, Hawaii Standard Time (Hawaii State and Federal Holidays are observed). The HPD reserves the right to remove any post or comment on this site.

We, the men and women of the Honolulu Police Department, are dedicated to providing excellent service through partnerships that build trust, reduce crime, create a safe environment, and enhance the quality of life in our community.

hpd@honolulupd.org

(808) 529-3111

http://www.honolulupd.org

# Exhibit Four

---

## NOTICE TO REQUESTER
(Use multiple forms if necessary)

TO:     Daniel M. Gluck
        ACLU of Hawaii, P.O. Box 3410
        Honolulu, Hawaii 96801

FROM:  Lynne Uyema on behalf of Louis M. Kealoha, Chief of Police
        Honolulu Police Department, 801 S. Beretania Street
        Honolulu, Hawaii 96813
        Ph: 723-3848
        (Agency/name & telephone number of contact person at agency)

DATE REQUEST RECEIVED:    January 11, 2012 (modified by requester to January 18, 2012)
DATE OF THIS NOTICE:       January 25, 2012

**GOVERNMENT RECORDS YOU REQUESTED** (attach copy of request or provide brief description below):
1. Please refer to attached copy of request

### NOTICE IS PROVIDED TO YOU THAT YOUR REQUEST:

☐ **Will be granted in its entirety.**
☐ **Cannot be granted because**
      ☐ Agency does not maintain the records.  Agency believed to maintain records: _____
      ☐ Agency needs a further description or clarification of the records requested.  Please contact the agency
         and provide the following information: _____
    ☐ Request requires agency to create a summary or compilation from records not readily retrievable.

☒ **Is denied in its entirety**    ☐ **Will be granted only as to certain parts**
    based upon the following exemption provided in HRS § 92F-13 and/or § 92F-22 and other laws cited below
    (portions of records that agency will not disclose should be described in general terms).

| RECORDS OR INFORMATION WITHHELD | APPLICABLE STATUTES | AGENCY JUSTIFICATION |
|---|---|---|
| Proposed policies regarding HPD's Facebook page | 92F-13(3) | As of the date of this response, HPD does not have a policy regarding Facebook. Any and all proposed policies are in draft form and have not been formally adopted. |
| Records relating to any internal correspondence regarding the Removal of comments from HPD's Facebook page | N/A | No records exist. |

### REQUESTER'S RESPONSIBILITIES:

You are required to (1) pay any lawful fees assessed; (2) make any necessary arrangements with the agency to inspect, copy or receive copies as instructed below; and (3) provide the agency any additional information requested. If you do not comply with the requirements set forth in this notice within 20 business days after the postmark date of this notice or the date the agency makes the records available, you will be presumed to have abandoned your request and the agency shall have no further duty to process your request.  Once the agency begins to process your request, you may be liable for any fees incurred.  If you wish to cancel or modify your request, you must advise the agency upon receipt of this notice.

OIP 4 (rev. 7/2/10)