RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email:  brianbrazier@gmail.com


ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

CURTIS SHERWOOD 7851
Deputy Corporation Counsel
Department of Corporation Counsel
530 S. King St., Room 110
Honolulu, HI  96813
Telephone:  (808) 768-5134
Facsimile:  (808) 768-5105
csherwood@honolulu.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Defense Foundation,<br>Christopher Baker,<br>and Derek Scammon<br><br>            Plaintiffs,<br>   vs.<br><br>City and County of Honolulu;<br>Andrew Lum, in his personal and<br>official capacity;<br>John Does 1-10 in their personal and<br>official capacities.<br><br>   Defendants._____ | CASE NO.  12-00469 JMS/RLP<br><br><br><br><br>REQUEST FOR CONTINUANCE |

## REQUEST FOR CONTINUANCE

COME NOW the parties, by and through the undersigned counsel, and jointly request a continuance of:

1. The deadline for responses to the parties' pending motions [Docs. 34-36], currently due December 30, 2013;

2. The hearing on the parties' pending motions [Docs. 34-36], currently scheduled for January 24, 2013; and

3. Trial, currently scheduled for January 28, 2013.

The parties request that: the deadlines for responses be rescheduled until January 24, 2014; that the hearing on the pending motions be rescheduled at a convenient time for this Court in mid to late February; and that Trial be continued until a convenient time in March.

As cause for this request, the parties believe that this case will settle. The parties have requested a settlement conference with The Honorable Richard L. Puglisi in order to resolve one remaining issue. Upon information from Judge Puglisi's Clerk, that conference will be scheduled for January 8, 2014.

Dated: Honolulu, HI; December 30, 2013.

        *s/Richard L. Holcomb*
        Richard Holcomb

        *s/Curtis Sherwood*
        Curtis Sherwood