- Choose a City
- Local Business Directory
- Book of Lists
- Upstart Business Journal

- Contact Us
- Sign In

- Like on Facebook
- Follow on Twitter
- Follow on LinkedIn
- Follow on Google+

Pacific Business News

Search

- Home
- News
- People
- Events
- Jobs
- Resources
- Store
-  Subscribe Now Limited Time Offer

## Sign Up for the Pacific Business News Afternoon Edition Newsletter

See all newsletters

Enter your email address    Sign Up

SUBSCRIBER CONTENT: May 13, 2011, 12:00am HST

# City will spend over $1 million in rail-related attorneys' fees

Curtis Lum, Pacific Business News

The City and County of Honolulu is prepared to spend more than $1 million on private law firms to defend itself against legal challenges filed by opponents of the

$5.3 billion rail transit system.

The City Council on Wednesday approved three resolutions that would appropriate $850,000 to retain the services of the law firms as special deputy corporation counsels. In 2009 and 2010, the Council approved spending $300,000 to hire two law firms to represent the city.

According to the resolutions, the city will pay Kobayashi Sugita & Goda $250,000 more than the $50,000 the firm already has received. The Honolulu firm is representing the city in the protests filed over the awarding of the rail's core systems contract.

The Council two years ago authorized $250,000 in legal fees for Carlsmith Ball over challenges to the city's compliance with the National Environmental Policy Act and the Hawaii Environmental Policy Act. The latest resolution calls for another $200,000 to be paid for the services that were rendered.

A third resolution sets aside $400,000 to retain California law firm Nossaman LLP in a lawsuit that has yet to be filed.

Deputy Corporation Counsel Gary Takeuchi said the city has decided to hire this firm in anticipation of a legal challenge by a citizen's group, which claims that the city's EIS process was flawed. The group, which is led by former Gov. Ben Cayetano, has hired Nicholas Yost, also a California attorney, to represent it.

"Opponents of the rail project have very publicly and repeatedly announced that they intend to file suit 'shortly,'" Takeuchi said. "By retaining counsel now, the city will be better prepared to respond promptly. A contract will need to be in place before any work by a private law firm can be billed to the city."

- Page 1
- 2

|View All

clum@bizjournals.com | 955-8001

**Industries:**

Legal Services, Human Resources
**We Recommend**  Promoted by Taboola



