RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| Hawaii Defense Foundation, <br> Christopher Baker, <br> and Derek Scammon <br><br> Plaintiffs, <br> vs. <br><br> City and County of Honolulu; <br> Andrew Lum, in his personal and <br> official capacity; <br> John Does 1-10 in their personal and <br> official capacities. <br><br> Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. CV 12-00469JMS-RLP <br><br><br><br><br><br> *ERRATA* RE:  MOTION FOR ATTORNEYS' FEES; CERTIFICATE OF SERVICE |

## *ERRATA* RE:
## MOTION FOR ATTORNEYS' FEES

COME NOW the Plaintiffs, by and through the undersigned counsel, and correct the Motion for Attorneys' Fees submitted February 4, 2014 as Doc. 56.

Specifically, the second part of the article attached as Exhibit Three was omitted from the filing. A complete copy of Exhibit Three, stating that the City pays its attorneys rates between $295 and $495 per hour, is attached to this document.

Also, footnote 15 of the Memorandum in Support of the Motion for Attorneys' Fees states:

> Although federal employees enjoy a 25% higher salary because of Honolulu's extraordinary cost of living, counsel is only seeking what attorneys in Washington, D.C. would expect.

[Doc. 56-1, n. 15] The clause "[a]lthough federal employees enjoy a 25% higher salary because of Honolulu's extraordinary cost of living" should have been omitted as it was from the body of the document in an earlier revision. The sentence in its entirety should read "Counsel is only seeking what attorneys in Washington, D.C. would expect."

DATED:  Honolulu, Hawaii, February 5, 2014.

                                          *s/Richard Holcomb*
                                          Richard Holcomb
                                          Brian Brazier
                                          Alan Beck
                                          Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

On this, the 5th of February, 2014, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct. Executed this the 5th day of February, 2014.

                                          *s/Richard L. Holcomb*
                                          Richard L. Holcomb 9177